## MILTON SNEDEKER CORPORATION *v.* UNITED STATES

No. 7203.—Invoice dated Toronto, Canada, October 20, 1944.
  Certified October 20, 1944.
  Entered at New York, N. Y., October 31, 1944.
  Entry No. 710740.

(Decided April 18, 1947)

Plaintiff not represented by counsel.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

LAWRENCE, Judge:   This appeal for reappraisement has been submitted for decision upon a stipulation entered into between the parties.

Upon the agreed facts I find the foreign value of the merchandise to which this appeal relates, as that value is defined in section 402 (c) of the Tariff Act of 1930, as amended by the Customs Administrative Act of 1938, to be the proper basis for determining the values of said merchandise, and that such values are as follows:

| Manufacturer's No. | | Description of merchandise | Canadian dollars | |
|---|---|---|---|---|
| | | Wire wound resistors | | |
| 219 CE | 300 | 1.0 Megohm WW 5 Resistors-Lugs 1%_____ | 7. 90 | each |
| 215 CE | 125 | 100,000 Ohms WW 5 Resistors-Lugs 1%_____ | 3. 145 | ” |
| 222 CE | 1150 | 1.0 Megohm WW 5 Resistors-Lugs 1%_____ | 7. 90 | ” |
| | | All items less 40% packed | | |

Judgment will be entered accordingly.

## W. J. BYRNES & CO. OF N. Y., INC., ET AL. *v.* UNITED STATES

No. 7204.—Invoices dated Walsall, England, June 3, 1946, etc.
  Certified June 4, 1946, etc.
  Entered at New York, N. Y., July 2, 1946, etc.
  Entry No. 700153, etc.

(Decided April 18, 1947)

*Barnes, Richardson & Colburn (Eugene F. Blauvelt* of counsel) for the plaintiffs.
*Paul P. Rao,* Assistant Attorney General, for the defendant.

MOLLISON, Judge:   The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
  (Stipulation omitted.)

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.